ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| MW Cole Construction LLC | ) ASBCA No. 64207 |
| | ) |
| Under Contract No. W52P1J-22-C-5008 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. Mike Cole
    President

APPEARANCES FOR THE GOVERNMENT:    Dana J. Chase, Esq.
    Army Chief Trial Attorney
    MAJ Joshua A. Reyes, JA
    Trial Attorney

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: October 2, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64207, Appeal of MW Cole Construction LLC, rendered in conformance with the Board's Charter.

Dated: October 3, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals